ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
     15315 Magnolia Blvd., Suite 402
     Sherman Oaks, CA 91403
     Tel:  (818) 905 6611
     Fax:  (818) 789 1375
     Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORENE MENA-HERNANDEZ )<br><br>Plaintiff, )<br><br>vs. )<br><br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY )<br><br>Defendant )<br>_____ ) | CASE NO. CV 07-2581 (RZ)<br><br>[~~PROPOSED~~] ORDER AWARDING<br>ATTORNEYS FEES UNDER EAJA<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED that counsel as assignee of plaintiff be awarded attorneys fees under EAJA in the amount of $4900.00.

Dated:   September 8, 2008

_____
RALPH ZAREFSKY
U.S. Magistrate Judge